

Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Telephone: 212.943.9080
www.vandallp.com

December 17, 2013

**Suzanne B. Leeds**
Associate
sleeds@vandallp.com

**VIA ECF**
Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  **Poff et al. v. The Portela Law Firm, P.C. et al.
13 Civ. 1317 (SLT) (JO)**

Dear Judge Townes:

    This firm is co-counsel to Plaintiffs in the above-referenced wage and hour litigation. The parties are pleased to report that a settlement in principle has been reached. The parties are currently in the process of finalizing the settlement documents, and plan to submit papers sufficient to secure judicial approval of the FLSA settlement within thirty days. As such, the parties respectfully request a thirty-day stay of the action.

    Respectfully submitted,
    /s/ Suzanne B. Leeds

cc:    Magistrate Judge James Orenstein (via ECF)
        Maurice Pianko, Esq. (via ECF)
        Robert Vereb, Esq. (via ECF)