UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD POFF and ELIZABETH HOFF, individually and on behalf of other persons similarly situated who were employed by THE PORTELA LAW FIRM, P.C. and MANUEL PORTELA and/or any other entities affiliated with or controlled by THE PORTELA LAW FIRM, P.C. and MANUEL PORTELA,<br><br>                                  Plaintiffs,<br>- against –<br><br>THE PORTELA LAW FIRM, P.C. and MANUEL PORTELA, and/or any other entities affiliated with or controlled by THE PORTELA LAW FIRM, P.C. and MANUEL PORTELA,<br>                                  Defendants. | **Case No. 13-cv-1317 (SLT)(JO)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiffs Edward Poff, Elizabeth Hoff, opt-in Plaintiffs Pooja Kondabolu, JeanMarie Krowicki, Helena Hazin, Daniel Kelly, Darya Kraynaya, Alessandro Elkan, Arthur Jagielski, and Defendants The Portela Law Firm, P.C. and Manuel Portela, by their counsel, hereby submit this stipulation of dismissal with prejudice, with respect to all claims against Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree to dismiss this action, including all claims, with prejudice, but without costs or attorneys' fees to any party. However, the Court shall retain jurisdiction for purposes of adjudicating any disputes that may arise under the Settlement Agreement.

Dated: January 14, 2014

| | |
|---|---|
| VIRGINIA & AMBINDER, LLP<br>Attorneys for Plaintiffs<br><br>By: /s/ Suzanne B. Leeds, Esq.<br>111 Broadway, 14th Floor<br>New York, NY 10006<br>Tel: (212) 943-9080<br>Fax: (212) 943-9082<br>sleeds@vandallp.com | THE PORTELA LAW FIRM, P.C.<br>Attorneys for Defendants<br><br>By: /s/ Robert Vereb, Esq.<br>37-06 82nd Street<br>Jackson Heights, NY 11372<br>Tel: (718) 424-5000<br>Fax: (718) 424-5002<br>robertvereb@portelalaw.com |

So Ordered: _____